■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN R., Appellant. [879 NYS2d 796]—Appeal from an adjudication of the Erie County Court (Shirley Troutman, J.),

rendered May 21, 2008. Defendant was adjudicated a youthful offender upon his plea of guilty to burglary in the second degree.

It is hereby ordered that the adjudication so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Martoche, Fahey, Carni and Pine, JJ.